UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
In re:                                          :  Chapter 11
                                                :  Case Nos.  98-B-47996 (REG)
                                                :             98-B-47997 (REG)
URBAN COMMUNICATORS PCS LIMITED                 :             98-B-10086 (REG)
PARTNERSHIP, *et al.*,                          :
                                                :  Jointly Administered
                     Debtors.                   :
-------------------------------------------------------------- x
GABRIEL CAPITAL L.P.,                           :
                                                :  08-CIV-00946 (UA)
                     Appellant,                 :
         - against -                            :
                                                :
URBAN COMM-NORTH CAROLINA, INC.,                :
                                                :
                     Appellee.                  :
-------------------------------------------------------------- x

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK   )
                    ) SS
COUNTY OF NEW YORK  )

    Marina Shinder, being duly sworn, deposes and says:

    1.    I am not a party to this action, am over 18 years of age, and am employed by Kasowitz, Benson, Torres & Friedman LLP.

    2.    On February 27, 2008, I served a true copy of the **OPENING BRIEF IN SUPPORT OF GABRIEL CAPITAL L.P.'S APPEAL FROM THE BANKRUPTCY COURT'S DECISION AND ORDER ON GABRIEL ENTITLEMENT TO POST-PETITION INTEREST ENTERED DECEMBER 11, 2007**, via facsimile upon the party listed on the annexed service list.

    3.    On February 28, 2008, I served a true copy of the **OPENING BRIEF IN SUPPORT OF GABRIEL CAPITAL L.P.'S APPEAL FROM THE BANKRUPTCY COURT'S DECISION AND ORDER ON GABRIEL ENTITLEMENT TO POST-PETITION INTEREST ENTERED DECEMBER 11, 2007**, via Federal Express Overnight Delivery upon the party listed on the annexed service list.

Dated: New York, New York
      February 28, 2008

                                            <u>/s/ Marina Shinder</u>
                                            Marina Shinder

Sworn before me this
28th day of February, 2005
<u>/s/ Lana Rafael</u>
Notary Public
Lana Rafael
Notary Public- State of New York
No. 01RA6042271
Qualified in Kings County
Commission Expires May 22, 2010

**Service List**

Charles E. Simpson, Esq.
Windels, Marx, Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019
Phone: (212) 237-1000
Fax : (212) 262-1215